# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 10-00189-CR-W-DW |
| ) | |
| TORRENCE L. ROLLINS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Sarah W. Hays' Report and Recommendation denying Defendant's motion to dismiss (Doc. 62). Defendant did not file objections to the Report and Recommendation. After an independent review of the record, the applicable law and the parties' arguments, the Court adopts the Magistrate's findings of fact and conclusions of law. Accordingly, the Court orders that the Magistrate's Report and Recommendation be attached to and made a part of this Order, and denies Defendant's Motion to Dismiss Indictment (Doc. 56).

SO ORDERED.


Date:   August 12, 2011                              /s/ Dean Whipple
                                                    Dean Whipple
                                                    United States District Judge